UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
    :
SHAEL CRUZ, *Individually, and On Behalf of All Others*  :
*Similarly Situated,*,     :
    :
                        Plaintiff,     :     21 Civ. 9991 (JPC)
    :
            -v-     :     <u>ORDER</u>
    :
EXCLUSIVE FURNITURE, L.P.,     :
    :
                      Defendant.     :
    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The Court adjourns the Initial Pretrial Conference scheduled for May 25, 2022 at 11:00 a.m. until June 6, 2022 at 11:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: May 22, 2022
        New York, New York

                                                                      JOHN P. CRONAN
                                                                 United States District Judge